### WALKER *v.* WALKER.

HILL, J. An action of ejectment was brought in the John Doe (common law) form, the only demise being laid in A. J. Walker. A bill of exceptions complaining of the grant of a nonsuit was sued out to this court by one I. W. Walker. Inasmuch as no demise was laid in I. W. Walker as lessor, he was not a party plaintiff in the court below, and can not complain of the judgment of nonsuit. Accordingly the writ of error will be dismissed.

*Writy of error dismissed. All the Justices concur.* `
MAY 15, 1914.

Ejectment; from Pierce superior court. Motion to dismiss.

*E. H. Williams* and *Walter A. Milton,* for plaintiff in error.